**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | Civil Action No. 4:16-cv-1771 |
| Plaintiff, | § § | |
| v. | § § | |
| LOOL TECH CO., LIMITED, and SHENZHEN BILINREN TECHNOLOGY CO., LTD., d/b/a SHENZHEN LOOL TECH CO., LTD., | § § § § § § | |
| Defendants. | § § | |

**Plaintiff DISH Network L.L.C.'s Disclosure Statement**

Plaintiff DISH Network L.L.C. provides the following disclosures under Federal Rule of Civil Procedure 7.1.

1. Plaintiff DISH Network L.L.C. is a limited liability company organized under the laws of the State of Colorado, with its principal place of business located at 9601 South Meridian Blvd., Englewood, Colorado 80112. DISH Network L.L.C.'s sole member is DISH DBS Corporation, which is wholly owned by DISH Orbital Corporation. DISH Orbital Corporation is wholly owned by DISH Network Corporation, which is publicly owned and traded on the NASDAQ national market under the symbol "DISH."

2. No other publicly held entity owns 10% or more of the stock of DISH Network L.L.C., DISH DBS Corporation, DISH Orbital Corporation, or DISH Network Corporation.

Dated:  June 20, 2016

                                      Respectfully submitted,

                                      **HAGAN NOLL & BOYLE LLC**

By: s/ Joseph H. Boyle
      Joseph H. Boyle (attorney-in-charge)
      Texas Bar No. 24031757
      Southern District of Texas Bar No. 30740
      Two Memorial City Plaza
      820 Gessner, Suite 940
      Houston, Texas 77024
      Telephone: (713) 343-0478
      Facsimile: (713) 758-0146

      Stephen M. Ferguson (of counsel)
      Texas Bar No. 24035248
      Southern District of Texas Bar No. 614706

      **Counsel for Plaintiff DISH Network L.L.C.**