United States District Court
Southern District of Texas
**ENTERED**
August 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LOOL TECH CO., LIMITED, and SHENZHEN BILINREN TECHNOLOGY CO., LTD., d/b/a SHENZHEN LOOL TECH CO., LTD., <br><br> Defendants. | Civil Action No. 4:16-cv-1771 |

### Order Granting DISH Network L.L.C.'s Motion for Contempt

Having considered the motion for contempt filed by DISH Network L.L.C. ("DISH"), and good cause appearing, the Court **GRANTS** the motion and **ORDERS** that Lool Tech Co., Limited and Shenzhen Bilinren Technology Co., Ltd., d/b/a Shenzhen Lool Tech Co., Ltd. (together, "Defendants") are in contempt of this Court.

The Court entered a Final Judgment and Permanent Injunction on March 17, 2017 (Dkt. 25), enjoining Defendants from retransmitting the Al Jazeera Arabic News, MBC1, MBC Drama, MBC Kids / MBC3, and MBC Masr channels (the "DISH Channels"), among other related activities. Third parties who received actual notice of the Final Judgment and Permanent Injunction were also enjoined from providing services in connection with the enjoined activities.

The Judgment was served on Defendants on March 24, 2017. DISH also served the Judgment on twelve third parties who were hosting servers that were facilitating Defendants' enjoined activities and requested that they take the servers offline and cease providing services to Defendants. Although the third parties

receiving notice of the permanent injunction have largely complied, Defendants have circumvented DISH's enforcement efforts by changing to other service providers and using new IP addresses and servers to continue retransmitting the DISH Channels. Four of the foreign service providers have not taken Defendants' servers offline or terminated their customer's services, resulting in DISH seeking additional relief from the Court to cease Defendants' retransmission of the DISH Channels.

Defendants are also using several Internet domains including androidosiptv.com, freetvarab.com, and zi5xian.com for the operation and update of their Loolbox service. DISH's experts analyzed Defendants' Loolbox set-top box and service and concluded that disabling and transferring these domains to DISH should at least temporarily prevent Defendants' from distributing the DISH Channels in violation of the Judgment.

Defendants are continuing to retransmit the DISH Channels and the copyrighted works that air on those channels to users of their Loolbox service.

Based on these findings, the Court hereby **ORDERS** that:

1. Defendants and any of their officers, agents, servants, employees, attorneys, or other persons acting in active concert or participation with Defendants shall immediately comply with the Final Judgment and Permanent Injunction entered March 17, 2017, and cease retransmitting the DISH Channels.

2. VeriSign, Inc. and any relevant registries and registrars, upon receiving actual notice of this Order, shall disable and transfer to DISH the androidosiptv.com, freetvarab.com, and zi5xian.com domains, and all other domains used by Defendants

in the course of retransmitting the DISH Channels. The transfer of the domains shall include changing the registrar of record to the registrar selected by DISH at DISH's reasonable expense.

3. Violation of this Order shall subject Defendants and all other persons bound by this Order to all applicable penalties, including further contempt sanctions.

It is so ORDERED.

SIGNED on this 21 day of August, 2017.

David Hittner
United States District Judge