# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I served the following document described as:

- Order setting Hearing on Plaintiff's Second Motion for Contempt

by placing the document in sealed envelopes with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (International Registered Mail, Return Receipt Requested), addressed to the following non-CM/ECF participants:

Lool Tech Co., Limited
Unit B12, 29/F, Legend Tower 7
Shing Yip Street
Kwun Tong, Kowloon, Hong Kong
*Defendant*

Shenzhen Bilinren Technology Co., LTD.
Attn: Tan Hai Guang
Room 1503B, Business Building B, Nanxian Business Plaza
No. 51 Meilong Avenue, Longhua New District
Shenzhen, Guangdong, China 518131
*Defendant*

The foregoing documents were also sent to the following at:

Via United States Postal Service (International Registered Mail, Return Receipt Requested):

Lool IPTV Stream Inc.
401-2969 Kingsway Dr.
Kitchener, Ontario N2C 2H7
*Non-party, Defendants' Dealer*

Via United States Postal Service (Certified Mail, Return Receipt Requested):

O & M Electronic Inc.
Attn: Hamdi Abdelqader, Registered Agent
9428 Dundee Pl.
Tinley Park, IL 60487
*Non-party, Defendants' Dealer*

Fathy Melika
37236 45th St. E
Palmdale, CA 93552
*Non-party, Defendants' Dealer*

A. Ultra Video, Corp.
25-22 Steinway St.
Astoria, NY 11103
*Non-party, Defendants' Dealer*

Wild Eagle Cellular Inc.
Attn: Ana Ramirez Balbuena
85-05 Roosevelt Ave.
Jackson Heights, NY 11375
*Non-party, Defendants' Dealer*

5th Avenue Wireless Corp.
6818 5th Ave.
Brooklyn, NY 11220
*Non-party, Defendants' Dealer*

Ibrahim Solman d/b/a Kamal's Video
7134 5th Ave.
Brooklyn, NY 11209
*Non-party, Defendants' Dealer*

Via United States Postal Service (Certified Mail, Return Receipt Requested):

VeriSign, Inc.
12061 Bluemont Way
Reston, VA 20190
*Non-party, Registry of Loolboxhd.com*

Via United States Postal Service (International Registered Mail, Return Receipt Requested):

Alibaba Group
c/o 26th Floor, Tower One
Times Square, 1 Matheson St.
Causeway Bay, Hong Kong
*Non-party, Service Provider of Defendants*

Aleksandra Bajd