# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I served the following document described as:

- Order Granting DISH Network L.L.C.'s Second Motion for Contempt

by placing the document in sealed envelopes with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (U.S. International Mail and International Registered Mail, Return Receipt Requested), addressed to the following non-CM/ECF participants, whom were also served with a copy of the document via the following Email addresses:

Lool Tech Co., Limited
Unit B12, 29/F, Legend Tower 7
Shing Yip Street
Kwun Tong, Kowloon, Hong Kong
boss@mail.com
bingjiewangluo@163.com
515994911@qq.com
sanxinhuzhu@yahoo.com.cn
657438459@qq.com
*Defendant*

Shenzhen Bilinren Technology Co., Ltd.
Tan Hai Guang
Room 1503B, Business Building B, Nanxian Business Plaza
No. 51 Meilong Avenue, Longhua New District
Shenzhen, Guangdong, China 518131
boss@mail.com
bingjiewangluo@163.com
515994911@qq.com
sanxinhuzhu@yahoo.com.cn
657438459@qq.com
*Defendant and Executive Director of Defendant*

The foregoing document was also served on the following:

Via Email, Federal Express and Process Server:

Lool IPTV Stream Inc.
401-2969 Kingsway Dr.
Kitchener, Ontario N2C 2H7
sales@loolboxhd.com
*Defendants' Dealer*

Via Email, Federal Express and Process Server:

O & M Electronic Inc.
- Attn: Hamdi Abdelqader, Registered Agent
  9428 Dundee Pl.
  Tinley Park, IL 60487

- 5451 W. 110th St., Suite 4
  Oak Lawn, IL 60453

- 10150 Virginia Ave., Ste. F
  Chicago Ridge, IL 60415
  support@om-electronics.com

*Defendants' Dealer*

Fathy Melika
37236 45th St. E
Palmdale, CA 93552
fmelika@gmail.com
*Defendants' Dealer*

Via Federal Express and Process Server:

A. Ultra Video, Corp.
25-22 Steinway St.
Astoria, NY 11103
*Defendants' Dealer*

Wild Eagle Cellular Inc.
- Attn: Ana Ramirez Balbuena
  85-05 Roosevelt Ave.
  Jackson Heights, NY 11375

- 25-12 Steinway St.
  Astoria, NY 11103

*Defendants' Dealer*

5th Avenue Wireless Corp.
6818 5th Ave.
Brooklyn, NY 11220
*Defendants' Dealer*

Ibrahim Solman d/b/a Kamal's Video
7134 5th Ave.
Brooklyn, NY 11209
*Defendants' Dealer*

<u>Via Email:</u>

VeriSign, Inc.
Timothy Hyland (thyland@hylandpllc.com)
Helen Lee (hjlee@verisign.com)
Alys Fraser (fraser@verisign.com)
Thomas Indelicarto (tindelicarto@verisign.com)
*Non-party, Registry of Loolboxhd.com*

_____
Aleksandra Bajd