# O & M Electronic Inc.

\[name redacted\]
President

5451 W 110th Street Ste 4
Oak Lawn, IL 60453
855.265.6200 ext. 101
msalamah@om-electronics.com

6/19/2018

Honorable David Hittner
United States District Judge
515 Rusk Avenue
Houston, TX 77002

**Subject:** Case 16-cv-01771

Honorable Judge David Hittner,

The purpose of this letter is to attest that O&M Electronic Inc has fully complied with the Second Contempt Order and Permanent Injunction by May 29, 2018 and to seek court dismissal of the Motion for Attorney's Fees and Costs Related to Second Motion for Contempt.

On May 17, 2018, O&M Electronic Inc. received an email and FedEx mail package of the contempt order "DISH Network L.L.C. v. LooL Tech Co., Limited et al.; No. 4:16-cv-01771 (S.D. Tex.)" issued by the United States District Court. The package included copies of Document 25 "Final Judgment and Permanent Injunction" and Document 36 "Order Granting Dish Network L.L.C.'s Second Motion for Contempt". The court ordered Defendant and Defendant's Dealers to:

1. **Immediately cease distributing, providing, and promoting all products and services that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals. (Second Contempt Order ¶ 5.)**
2. **Turn over to DISH all products that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals, in your possession, custody, or control as of the date that you receive the Second Contempt Order and any subsequently received. All products shall be delivered to Hagan Noll & Boyle LLC, 820 Gessner, Suite 940, Houston, TX 77024 by May 29, 2018. (Second Contempt Order ¶ 6.)**
3. **Pay DISH's attorneys' fees and costs relating to DISH's second motion for contempt if you fail to fully comply with the Second Contempt Order and Permanent Injunction by May 29, 2018. (Second Contempt Order ¶ 7.)**

On June 5, 2018, O&M Electronic Inc. received an email from Hagan Noll & Boyle LLC with attachments for Case 4:16-cv-01771 Documents 38 "Plaintiff DISH Network L.L.C.'s Motion for Attorney's Fees and Costs". Section IV states "**Lool IPTV Stream Inc., O & M Electronic Inc., and Wild Eagle Cellular Inc. failed to "turn over to DISH all products that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals" as ordered by the Second Contempt Order. They did not send any correspondence or call to claim they (1) did not have any**

**Loolbox set-top boxes or service renewals or (2) ceased distributing, providing, and promoting Loolbox set-top boxes and service renewals".** Section V, request that O&M Electronic Inc pay $13,632.60, which is their proportionate share for failing to comply with the Second Contempt Order and Permanent Injunction.

O&M Electronic Inc hereby attest that it fully complied with the Second Contempt Order and Permanent Injunction by May 29, 2018 on the following bases:

1. The Motion states that ***O&M Electronic Inc "failed to "turn over to DISH all products that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals" as ordered by the Second Contempt Order.***

   O&M Electronic Inc is a Responsible Recycling (R2) company specializing in reverse logistics and resale of mobile phones and tablets and does focus on selling IPTV products. O&M Electronic Inc does not have a store front and mainly sells consumer electronics on its website www.om-electronics.com which is the same as its eBay store. In early 2018, eBay restricted the sale of the LOOL IPTV product as it was identified as a streaming media player that is facilitating infringement of copy written material. O&M since then stopped selling the lool IPTV and liquidated its remaining inventory to vendor.

   Upon receipt of the Second Contempt Order on May 17, 2018 O&M Electronic did **NOT** have any IPTV product to turn over to DISH and therefore did not take any action.

2. The Motion states that O&M Electronic Inc.: ***"did not cease distributing, providing, and promoting Loolbox set-top boxes and service renewals, as ordered by the Second Contempt Order"*** but did not provide any evidence that O&M Electronic Inc continued to do so after receiving the Second Contempt Order.

   O&M Electronic website www.om-electronics.com can be checked for verification. Furthermore, the office of O&M Electronic Inc. (at 5451 W 110th Street Ste 4 Oak Lawn, IL 60463) was visited in April by a mysterious shopper who inquired about IPTV product and was told by the receptionist that O&M Electronic Inc does not sell any IPTV product. The mysterious shopper then by revealed himself as DISH representative Mr. Aymen Al Khazraji and gave the receptionist a copy of the Case 16-CV-1771 Document 25 along with his business card (See attached image).

3. The Motion states that O&M Electronic Inc. ***"did not send any correspondence or call to claim they (1) did not have any Loolbox set-top boxes or service renewals or (2) ceased distributing, providing, and promoting Loolbox set-top boxes and service renewals."***

   The Second Order of Contempt **did not** request O&M Electronic Inc to send any correspondences or call DISH (Document 36). As stated in Items 1 and 2 above, O&M Electronic did not have any IPTV products in its possession and have ceased distributing and promoting such products prior to receiving the Second Contempt Order and therefore did nothing as it felt it fully complied with the court order.

Furthermore, on April 10, 2018, O&M Electronic Inc received and email (attached) from DISH agent NAGRA regarding the LOOL IPTV and requested a confirmation within 5 days to receipt of the letter to immediately remove, disable, or block access to the Unauthorized Streams in the United States of America. O&M Electronic Inc. responded the same day (April 10 2018) that it no longer sells the lool IPTV products.

O&M Electronic Inc also contacted the office of Hagon Noll & Boyle LLC on June 6 2018 via phone, email to Stephen.Ferguson@hnbllc.com and USPS certified mail (see attachment) to confirm it did not have any Loolbox set-top boxes or service renewals or (2) ceased distributing, providing, and promoting Loolbox set-top boxes and service renewals.

Based on the above facts, O&M Electronic Inc believe it complied with the court order demand that the court dismiss the Motion for Attorney's Fees and Costs Related to Second Motion for Contempt.

O&M Electronic is located in Oak Lawn, Illinois and is unable to attend the Motion on June 26, 2018. O&M Electronic representative may join the hearing via teleconference if needed.

Please feel free to contact us should you require further information.

Sincerely,





OM Electronics <billing@om-electronics.com>

## SNS_20180054 : Infringement notification for unauthorized broadcast of IBCAP Members' channels.

**OM Electronics** <billing@om-electronics.com>   Tue, Apr 10, 2018 at 1:05 PM
To: ibcap <ibcap@nagrastar.com>

We do not sell any lool IPTV box. Our website www.om-electronics.com does not list any of such products.

Regards,


On Tue, Apr 10, 2018 at 1:00 PM, ibcap <ibcap@nagrastar.com> wrote:
> Notice ID: SNS_20180054
> Notice Date: 10-04-2018 17:58 GMT
>
> Lool IPTV M201
>
>
> Sirs,
>
> Nagravision SA (hereinafter "NAGRA") is a provider of secure solutions to protect content of the media and entertainment industry (see www.nagra.com) and represents the members of the INTERNATIONAL BROADCASTER COALITION AGAINST PIRACY ("IBCAP"; see www.ibcap.us). NAGRA is an authorized agent of the following IBCAP members ("Rightsholders") and writes on their behalf:
>
> MBC FZ-LLC
> World Span Media
> Al Jazeera Media Network
> IMD
> Turner Broadcasting System Arabia FZ LLC
> beIN Media Group, LLC
>
>
> Rightsholders are the holders of copyrights and other related rights including, without limitation, the right to distribute the following channels (the "Protected Content") in the United States:
>
> MBC
> MBC 2
> MBC Kids (3)
> MBC 4
> MBC Max
> MBC Action
> MBC Drama
> MBC Bollywood
> MBC Masr 2
> MBC Pro Sports 1
> MBC Pro Sports 2
> MBC Pro Sports 3
> MBC Pro Sports 4

Al Nahar
Al Jazeera Documentary
Al Hayat 1
Cartoon Network Arabia
Braem
Iqraa
Noursat
LBC
Al Jadeed (New TV)
NBN
BeIn Sports
Al Jazeera English
Al Jazeera Arabic News
Al Arabiya
Al Jazeera Mubasher


NAGRA has evidence that Lool IPTV M201 is unlawfully distributing the Protected Content by enabling users to access unlawful and unauthorized streams (the "Unauthorized Streams") of the Protected Content.

We hereby request that you expeditiously remove, disable access or block access to the Unauthorized Streams and ensure that the Protected Content is not used or shared with others in the future in the United States of America.

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of a right that is allegedly infringed.

Please confirm within five business days of receipt of this letter that you will immediately remove, disable, or block access to the Unauthorized Streams in the United States of America.

Nothing in this notification shall serve as a waiver of any rights or remedies of Rightsholders with respect to the alleged infringement, all of which are expressly reserved.

We remain at your disposal for any query and thank you in advance for your cooperation in resolving this matter in a cooperative manner for the benefit of Rightsholders and the entire media and entertainment industry.


Regards,

Pascal Métral
VP, Legal Affairs
Nagravision SA
ibcap@nagrastar.com

# O & M Electronic Inc.

O&M Electronic Inc

5451 W 110th Street Ste 4
Oak Lawn, IL 60453
855.265.6200
support@om-electronics.com

6/6/2018

**VIA eMail & USPS Certified Mail**

Stephen M. Ferguson
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024

**Subject:** RE Contempt Order Against O & M Electronic Inc.; DISH Network L.L.C. v. Lool Tech Co., Limited et al.; No. 4:16-cv-01771 (S.D. Tex.)

**Dear Stephen M. Ferguson,**

This letter serves as a confirmation that O&M Electronic Inc have complied with Court Order by May 29, 2018 to:

*Immediately cease distributing, providing, and promoting all products and services that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals. (Second Contempt Order ¶ 5.)*

*Turn over to DISH all products that distribute, publicly perform, or transmit the DISH Channels, including the Loolbox set-top boxes and service renewals, in your possession, custody, or control as of the date that you receive the Second Contempt Order and any subsequently received. All products shall be delivered to Hagan Noll & Boyle LLC, 820 Gessner, Suite 940, Houston, TX 77024 by May 29, 2018. (Second Contempt Order ¶ 6.)*

**O&M Electronic Inc has ceased distributing and promoting the loolbox and its service renewal and does not have possession of any such products to turn over to Hagan Noll & Boyle LLC as of May 29th 2018.**

Please feel free to contact us should you require further information.

Sincerely,

O&M Electronic Inc

